■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE E. LANOS, Appellant. [879 NYS2d 791]—Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered March 22, 2006. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Centra, Pine and Gorski, JJ.